ROSE G. BEGG, Appellant, v. J. A. BEGG, Individually and as Executor Under the Last Will and Testament of John Begg, Deceased, *et al.*, Appellees.

200 So. 96
Special Division A
Opinion Filed January 28, 1941
Rehearing Denied February 14, 1941

*Uly O. Thompson* and *John G. Simms,* for Appellants;

*Rush & Pierce* and *George A. Pierce,* for J. A. Begg individually and as executor, Appellee;

*Charles A. Powers, Charles A. Powers, Jr.,* and *Crofton & Wilson,* for intervening defendants.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the order of dismissal or final decree herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said order of dismissal or final decree; it is, therefore, considered,

ordered and adjudged by the Court that the said order of dismissal or final decree of the circuit court be, and the same is hereby affirmed.

Affirmed.

TERRELL, C. J., BUFORD, CHAPMAN and THOMAS, J. J., concur.

ADAMS, J., disqualified.